THE PEOPLE OF THE STATE OF NEW YORK ex rel. ETHEL S. KLAUBER et al., Appellants, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Per Curiam.* We do not construe the statement of the city's expert concerning the numerous sales called to his attention as a refusal on his part to give due consideration thereto. We think that he intended merely to indicate that, in his opinion, said sales were not entitled to great weight as an indication of value, because of the unusual conditions under which they were made. Of course, evidence of numerous sales in the vicinity under circumstances that have continued for a considerable number of years is entitled to due consideration in determining assessments. (See *People ex rel. Four Park Avenue Corp.* v. *Lilly*, 267 App. Div. 102, decided herewith.) While receipt of the evidence referred to does not warrant a reversal of the order, we think that all

the circumstances warrant some further reduction in the valuations, as fixed. We, therefore, modify the order appealed from, as follows:

|        | Land      | Building  | Total      |
|--------|-----------|-----------|------------|
| 1937   | $37,500   | $82,500   | $120,000   |
| 1938–39| 36,500    | 81,000    | 117,500    |
| 1939–40| 36,000    | 79,500    | 115,500    |
| 1940–41| 36,000    | 78,000    | 114,000    |
| 1941–42| 35,000    | 76,500    | 111,500    |

As so modified the order should be affirmed, with ten dollars costs and disbursements to the relators-appellants.

Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

Order unanimously modified as indicated in opinion and as so modified affirmed, with ten dollars costs and disbursements to the relators-appellants. Settle order on notice.